PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Earl Johnson                               Cr.: 03-00103-001

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 09/04/03

Original Offense: Felon in Possession of a Firearm

Original Sentence: 45 months imprisonment; 3 years supervised release; $1,000 fine; $100 special assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 05/19/06

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Johnson violated the special drug testing/treatment condition. |
|  | On February 20, 2007, Johnson reported to the U.S. Probation office and submitted a urine specimen which tested positive for cocaine. During a subsequent interview, he admitted using the controlled substance and has accepted responsibility for his conduct. |

U.S. Probation Officer Action: The writer recommends presentation of this document to Johnson as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

By: Joseph Empirio
U.S. Probation Officer
Date: 04/03/07

[ ] Submit a Request for Warrant or Summons
[✓] Other - U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.

Signature of Judicial Officer

4/23/07
Date